

FILED

10/30/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 06-0628

IN THE SUPREME COURT OF THE STATE OF MONTANA

AF 06-0628

_____

IN RE THE RULES FOR LAWYER
DISCIPLINARY ENFORCEMENT

O R D E R

FILED

OCT 30 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____

After soliciting comments on the proposal and considering the same at a public meeting, the Court hereby adopts proposed revisions to the Montana Rules for Lawyer Disciplinary Enforcement. The Commission on Practice of the Montana Supreme Court petitioned for the revisions after collaborating with the Office of Disciplinary Counsel, several members of the Montana State Bar who regularly appear before the Commission, and Professor Jordan Gross of the University of Montana Alexander Blewett III School of Law.

IT IS ORDERED that the proposed revisions as approved by the Court during the October 13, 2020 public meeting are ADOPTED. The Montana Rules for Lawyer Disciplinary Enforcement are amended to read as shown in the attachment to this Order, effective January 1, 2021.

This Order and the attached Rules shall be posted on the Court's website. In addition, the Clerk is directed to provide copies of this Order and the attachment to the State Law Library, to Todd Everts and Connie Dixon at Montana Legislative Services, to Timothy Lester and the Thomson Reuters Rules department at Thomson Reuters, to Patti Glueckert and the Statute Legislation department at LexisNexis, and to the State Bar of Montana, with the request that the State Bar provide notice of the revised Rules on its website and in the next available issue of the *Montana Lawyer*.

DATED this 30 day of October, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices